UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JOHN MICHAEL KNOWLTON** | : DOCKET NO. 2:09-cv-1068 |
| **VS.** | : JUDGE MELANÇON |
| **OFFICE OF DISTRICT ATTORNEY, ET AL** | : MAGISTRATE JUDGE METHVIN |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted.  Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct.  Accordingly, it is

ORDERED that plaintiff's civil rights claims against Judge O'neal,  District Attorney Burton, and Assistant District Attorneys Morton and Blankenship  be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

IT IS FURTHER ORDERED that plaintiff's civil rights claims against defendants Meisner, Beebe, and Faciane should be **DISMISSED WITHOUT PREJUDICE** until the pending criminal case has run its course.

IT IS FINALLY ORDERED that plaintiff's claims for injunctive relief be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED, in Chambers, at Lafayette, Louisiana, this 3rd  day of December, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE